

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Aleta Chapman v. Thinh Quoc Pham

Appellate case number:   01-13-00066-CV

Trial court case number:  1006033

Trial court:              County Civil Court at Law No. 3 of Harris County

On August 18, 2016, this Court reinstated this appeal following the dismissal of appellant Aleta Chapman's bankruptcy petition. Because the clerk's record had already been filed, but no reporter's record had been filed yet, this Court further ordered appellant to request and pay for the reporter's record within 30 days of that order or else this Court would set the briefing schedule without the reporter's record. Appellant has failed to respond timely and no reporter's record has been filed in this Court.

Accordingly, this Court will consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellant's brief is ordered to be filed no later than **30 days from the date of this order.** See TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                   ☒  Acting individually

Date: September 27, 2016